**DISMISS; and Opinion Filed June 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00739-CV

### ESTATE OF LOU BERTHA BROOKS, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1790-2**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

Stating he no longer wishes to pursue this appeal and seeking costs be assessed against the party incurring them, appellant has filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Ada Brown/
ADA BROWN
JUSTICE

150739F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ESTATE OF LOU BERTHA BROOKS, DECEASED

No. 05-15-00739-CV

On Appeal from the Probate Court No. 2, Dallas County, Texas
Trial Court Cause No. PR-13-1790-2.
Opinion delivered by Justice Brown. Chief Justice Wright and Justice Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Per the parties' agreement, we **ORDER** each party bear its own costs of this appeal.


Judgment entered this 23rd day of June, 2015.